UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JACK WOLF, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SHUTTERFLY, INC., RYAN O'HARA, THOMAS D. HUGHES, WILL LANSING, EVA MANOLIS, ANN MATHER, ELIZABETH RAFAEL, ELIZABETH SARTAIN, H. TAYLOE STANSBURY, BRIAN SWETTE, and MICHAEL ZEISSER,<br><br>Defendants. | Case No. 1:19-cv-01387-LPS<br>Hon. Judge Leonard P. Stark |

**[PROPOSED] ORDER GRANTING MOTION BY BILL SPURLOCK FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF HIS SELECTION OF LEAD COUNSEL**

Having considered Bill Spurlock's ("Spurlock") Motion for Appointment as Lead Plaintiff and Approval of His Selection of Lead Counsel (the "Motion"), pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B), all papers in support thereof and in opposition thereto, oral argument, if any, and good cause appearing therefore, the Court hereby ORDERS as follows:

## I.   APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL

1. Spurlock has moved this Court to be appointed as Lead Plaintiff and to approve his selection of Lead Counsel.

2. Having considered the provisions of Section 21D(a)(3)(B), 15 U.S.C. § 78u-4(a)(3)(B), the Court hereby concludes that Spurlock is the most adequate plaintiff and satisfies the requirements of the PSLRA. Thus, the Court hereby appoints Spurlock as Lead Plaintiff to represent the interests of the putative class.

3. Pursuant to Section 21D(a)(3)(B)(v) of the PSLRA, 15 U.S.C. §78u-4(a)(3)(B)(v), Spurlock has selected and retained the law firm of Monteverde & Associates PC to serve as Lead Counsel and Cooch & Taylor, P.A. as Liaison Counsel. The Court hereby approves Spurlock's selection of Lead and Liaison Counsel for the Consolidated Action.

4. Lead Counsel shall have the following responsibilities and duties, to be carried out either personally or through counsel designated by Lead Counsel:

   a. to coordinate the briefing and argument of any and all motions;

   b. to coordinate the conduct of any and all discovery proceedings;

   c. to coordinate the examination of any and all witnesses in deposition;

   d. to coordinate the selection of counsel to act as spokesperson at all pretrial conferences;

e.  to call meetings of the plaintiffs' counsel as they deem necessary and appropriate from time to time;

f.  to coordinate all settlement negotiations with counsel for defendants;

g.  to coordinate and direct the pretrial discovery proceedings and the preparation for trial and the trial of this matter and to delegate work responsibilities to selected counsel as may be required;

h.  to coordinate the preparation and filing of all pleadings; and

i.  to supervise all other matters concerning the prosecution or resolution of the Action.

5.  No motion, discovery request, or other pretrial proceeding shall be initiated or filed by any plaintiff without the approval of Lead Counsel, so as to prevent duplicative pleadings or discovery. No settlement negotiations shall be conducted without the approval of Lead Counsel.

6.  Service upon any plaintiff of all pleadings in the Action, except those specifically addressed to a plaintiff other than Lead Plaintiff, shall be completed upon service of Lead Counsel.

7.  Lead Counsel shall be the contact between plaintiffs' counsel and defendants' counsel, shall serve as the spokespersons for plaintiffs' counsel, and shall direct and coordinate the activities of plaintiffs' counsel. Lead Counsel shall act as the liaison between the Court and plaintiffs and their counsel.

## II.    NEWLY FILED OR TRANSFERRED ACTIONS

8.  When a case that arises out of the subject matter of this action is hereinafter filed in this Court or transferred from another Court, the Clerk of this Court shall:

a.  file a copy of this Order in the separate file for such action;

b. mail a copy of this Order to the attorneys for the plaintiff(s) in the newly filed or transferred case and to any new defendant(s) in the newly filed or transferred case; and

c. make the appropriate entry on the docket for this action.

9. Each new case that arises out of the subject matter of the action that is filed in this Court or transferred to this Court shall be consolidated with the Action and this Order shall apply thereto, unless a party object to this Order or any provision of this Order shall, within ten (10) days after the date upon which a copy of this Order is served on counsel for such party, file an application for relief from this Order or any provision herein and this Court deems it appropriate to grant such application.

During the pendency of this litigation, or until order of this Court, the parties shall take reasonable steps to preserve all documents within their possession, custody, or control, including computer-generated and stored information and materials such as computerized data and electronic mail, containing information that is relevant to or which may lead to the discovery of information relevant to the subject matter of the pending litigation.

**IT IS SO ORDERED.**

DATED: 11-4-19

_____
THE HONORABLE LEONARD P. STARK
UNITED STATES DISTRICT JUDGE