## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| BILL SPURLOCK, Individually and On Behalf of All Others Similarly Situated, | Civil Action No. 1:19-cv-01387-LPS |
| Plaintiff, | Class Action |
| v. | |
| SHUTTERFLY, INC., RYAN O'HARA, THOMAS D. HUGHES, WILL LANSING, EVA MANOLIS, ANN MATHER, ELIZABETH RAFAEL, ELIZABETH SARTAIN, H. TAYLOE STANSBURY, BRIAN SWETTE, MICHAEL ZEISSER, and CHRISTOPHER NORTH, | |
| Defendants. | |

**DECLARATION OF BLAKE A. BENNETT IN SUPPORT OF THE MOTION TO
WITHDRAW AND SUBSTITUTE LEAD PLAINTIFF**

I, Blake A. Bennett, declare as follows:

1.      I am a member in good standing of the bar of the State of Delaware and am admitted in this Court.  I am a director at the law firm of Cooch and Taylor, P.A., liaison counsel for lead plaintiff Bill Spurlock, movant Robert Garfield, and the putative class. I submit this declaration in support of the motion by Mr. Spurlock and Mr. Garfield to withdraw and substitute lead plaintiff.

2.      Attached hereto are true and correct copies of the following exhibits:

Exhibit A –    Mr. Garfield's sworn certification pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4(a)(2);

Exhibit B –    A true and correct copy of the court's order in *Morgan v. AXT, Inc.*, No. C04-04362 (MJJ) (N.D. Cal. Mar. 14, 2007) (Dkt. 93), granting a motion to substitute a new lead plaintiff in an action governed by the PSLRA.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 12th day of March, 2020.

/s/ *Blake A. Bennett*
Blake A. Bennett

2